IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.

EDMAN E. HO, et al.,

    Defendants.

07-CR-51SLD

---

## NOTICE OF APPEARANCE

**TO:** **Clerk of the United States District Court for the Western District of New York**

You are hereby requested to remove Frederick J. Platek as counsel for the United States on the above-entitled action.

You are further requested to enter the appearance of **Michael DiGiacomo** as counsel for the United States on the above-entitled action.

DATED: Buffalo, New York, May 10, 2007.

Respectfully submitted,

TERRANCE P. FLYNN
United States Attorney

BY: /s/ Joseph M. Guerra, III
JOSEPH M. GUERRA, III
Assistant U.S. Attorney
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700, ext. 824
Joseph.M.Guerra@usdoj.gov